UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERYL BISHOP,

    Plaintiff,

v.

JEFFERSON B. SESSIONS III, Attorney General of the United States, Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives,

    Defendant.

C18-599 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to seal, docket no. 2, is GRANTED, and the unredacted version of the complaint, docket no. 1, shall remain under seal. A redacted version of the complaint, docket no. 8, has been filed and is available for public review.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1