UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERYL BISHOP,

        Plaintiff,

v.

WILLIAM BARR, Attorney General, Department of Justice, Alcohol, Tobacco, Firearms & Explosives,

        Defendant.

C18-599 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for summary judgment, docket no. 32, is DENIED. Genuine disputes of material fact preclude summary judgment. *See* Fed. R. Civ. P. 56(a).

(2) The parties' stipulated motion to continue the trial date and related deadlines, docket no. 51, is DENIED.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of September, 2019.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1