UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL BISHOP,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM BARR, Attorney General, Department of Justice, Alcohol, Tobacco, Firearms & Explosives,<br><br>        Defendant. | C18-599 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to continue the trial date and related deadlines, docket no. 53, is treated as a motion for reconsideration and is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of September, 2019.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1