# EXHIBIT 10

The Honorable Thomas S. Zilly

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CHERYL BISHOP,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BARR, ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES,<br><br>    Defendant. | No. C18-00599-TSZ<br><br>DEFENDANT'S OBJECTIONS AND SUPPLEMENTAL RESPONSES TO PLAINTIFF CHERYL BISHOP'S SECOND SET OF DISCOVERY TO DEFENDANT |

**INTERROGATORIES AND REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 17:** Please produce all litigation hold notices pertaining to Complainant's allegations at all stages of her current dispute with Defendant, including but not limited to in response to her initial May 2016 memorandum alleging discrimination and harassment, her EEOC charge thereafter, pleadings with the EEOC, and the filing of her federal lawsuit.

**RESPONSE:** Defendant objects to this request for production as seeking documents that are irrelevant and not likely to lead to the discovery of admissible evidence. Defendant also objects because the request seeks documents that are protected by the work product doctrine and attorney client privilege. Without waiving those objections and without waiving any claim of privilege, Defendant is producing documents RFP17-00000001-134 and RFP 18-000015-25.

SUPPLEMENTAL RESPONSES TO PLAINTIFF CHERYL BISHOP'S
SECOND SET OF DISCOVERY TO DEFENDANT - 1

Case No. C18-00599-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|  |  |  | 5/25/2018<br>9/28/2018<br>2/28/2019 |
|---|---|---|---|

**INTERROGATORY NO. 8:** Since January 2016, please explain in detail how you have preserved the data, text messages, photographs, and any other electronically stored information on the cell phones that you issued to Special Agents and their superiors. Your answer should include the frequency of back-up, the retention period, the location of storage, the medium on which it is stored, and the name and job title of the person most knowledgeable about these topics.

**ANSWER:** Defendant objects to this interrogatory as irrelevant and not likely to lead to the discovery of admissible evidence. Defendant further objects to the request because it is vague and fails to reasonably identify what is sought. Defendant further objects to this interrogatory as overly broad in time as this interrogatory seeks information from January 1, 2016, which is prior to any event triggering a preservation obligation. Notwithstanding those objections and without waiving same, ATF O 1340.5A establishes the policy that electronic messaging information related to ATF business is considered to be transitory record content, to be deleted when no longer needed but in no more than 180 days, pursuant to DOJ Order 0801.04, except in certain circumstances. Gregory Carroll, Records Office, Office of Science and Technology, is the person most knowledgeable about these topics.

Defendant also issued and implemented litigation hold notices as set forth in these discovery responses. Those notices are being produced pursuant to Request for Production 17. As agreed between counsel, that disclosure does not waive the attorney client privilege. Among other things, the litigation hold notices required recipients to "preserve all materials by suspending routine document destruction, deletion, overriding, or any other method of destruction of electronic or paper records related to the employment of Cheryl Bishop."

The litigation hold was implemented on or around May 10, 2017 and reminders that the litigation hold was still in effect were sent every 120 days, with the most recent reminder sent on

SUPPLEMENTAL RESPONSES TO PLAINTIFF CHERYL BISHOP'S
SECOND SET OF DISCOVERY TO DEFENDANT - 5

Case No. C18-00599-TSZ

1  February 28, 2019. The purpose of the EEO process is to investigate and resolve an employee's
2  complaint. Therefore, the expectation is that the process will result in a resolution, not litigation.
3  Once plaintiff requested a hearing and the case was assigned to an administrative judge, the
4  agency initiated the litigation hold.

5  Even if employees back-up their agency issued iPhones to iTunes, the iTunes back-ups
6  are not searchable.

7  Employee Frande searched his text messages on or around August 31, 2017 and found no
8  texts regarding plaintiff. Employees Beasley, Nunez and Patterson searched their text messages
9  on or around August 31, 2017 and October 1, 2018 and found no texts regarding plaintiff.
10  Employee Martinez searched his text messages on or around August 31, 2017 and October 10,
11  2018, and found no texts regarding plaintiff. Employee Ryan searched his text messages on or
12  around August 31, 2017 and October 2, 2018 and found no texts regarding plaintiff. Employee
13  Hill searched his text messages on or around August 30, 2017 and found no texts regarding
14  plaintiff. Employee Robinson searched his text messages on or around August 30, 2017,
15  October 13, 2017, and October 3, 2018, and found no texts regarding plaintiff. Employee
16  Gleysteen searched his text messages on or around September 5, 2017 and found no texts
17  regarding plaintiff. Employee McMullan searched his text messages on or around September 5,
18  2017 and October 1, 2018, and found no texts regarding plaintiff. Employee Stewart searched
19  his text messages on or around October 2, 2018 and found no texts regarding plaintiff.
20  Employee Devlin searched his text messages on or around September 21, 2017 and October 2,
21  2018 and found no texts regarding plaintiff.

22  Greg Carroll spoke with Doug Dawson, Celinez Nunez, Brad Devlin, John Ryan,
23  Raphael Martinez, Charlie Patterson, and Jay Brown in May 2019 regarding whether or not they
24  had responsive text messages and they all stated that they did not. Except for Ms. Nunez, none
25  recalls ever texting about Ms. Bishop. Discovery is continuing and defendant may supplement
26  this response.
27

SUPPLEMENTAL RESPONSES TO PLAINTIFF CHERYL BISHOP'S
SECOND SET OF DISCOVERY TO DEFENDANT - 6

Case No. C18-00599-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In addition, defendant responds that it requested that Thomas Coutcher collect, and he collected what existed, the following documents from the following custodians from January 2016 to the present to respond to discovery requests in this case:

**Mailboxes/Custodians:**

Roger Beasley
Douglas Dawson
Bradford Devlin
Francis Frande
Michael Gleysteen
Thomas Hill
Raphael Martinez
William McMullan
Celinez Nunez
Charlie Patterson
Donald Robinson
John Ryan
Thomas Stewart
Jonathan Blais
Jason "Jay" Brown
Leviticus Desrosier
Colene Domenech
Darek Pleasants
Ben Scoll
Ronald Turk

**Search Terms:**

"Bishop"
"Cheryl"
"defamation"
"workplace harassment"
"TDY"
"detail"
"promotional detail"
"Memorandum of Understanding"
"MOU"
"Program Manager"
"OST"
"maintenance training"
"canine"
"Allegra"
"Spartan"
"grade 14"

SUPPLEMENTAL RESPONSES TO PLAINTIFF CHERYL BISHOP'S
SECOND SET OF DISCOVERY TO DEFENDANT - 7

Case No. C18-00599-TSZ

1  Glysteen, Donald Robinson, John Ryan, Raphael Martinez, Charlie Patterson, and Jay Brown
2  since January 2016.
3  **RESPONSE:**  Defendant objects to this request for production as irrelevant and not likely to
4  lead to the discovery of admissible evidence.  Notwithstanding those objections and without
5  waiving same, see produced documents Bates numbered RFP20-000001-114.  See also
6  documents produced in response to plaintiff's third set of discovery requests.  See also produced
7  documents Bates numbered RFP20S-0000001-30.  Defendant is also producing responsive
8  documents in response to plaintiff's third set of discovery requests.  Discovery is still ongoing
9  and defendant continues to search for responsive records.

DATED this 25th day of June, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Email: Priscilla.Chan@usdoj.gov
Email: Sarah.Morehead@usdoj.gov

Attorneys for Defendant

SUPPLEMENTAL RESPONSES TO PLAINTIFF CHERYL BISHOP'S
SECOND SET OF DISCOVERY TO DEFENDANT - 9

Case No. C18-00599-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and am a person of such age and discretion as to be competent to serve papers;

I hereby certify that on this date, I sent the foregoing Defendant's Supplemental Responses and Objections to Plaintiff's Second Set of Discovery to Defendant by email and via USAFx.  I further certify that on this date I sent documents numbered RFP17-00000001-134, RFP 18-000015-25, and RFP20S-0000001-30 to the following recipient by USAFx:

>
> Jesse Wing
> MacDonald Hoague & Bayless
> 705 Second Avenue, Suite 1500
> Seattle, Washington 98104
> Tel: 206-622-1604
> Email: JesseW@MHB.com

DATED this 25th day of June, 2019.

*s/ Julene Delo*
JULENE DELO, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  julene.delo@usdoj.gov

SUPPLEMENTAL RESPONSES TO PLAINTIFF CHERYL BISHOP'S
SECOND SET OF DISCOVERY TO DEFENDANT - 10

Case No. C18-00599-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970